NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


N.S.,                                          )
                                               )
              Appellant,                       )
                                               )
v.                                             )        Case No. 2D14-85
                                               )
STATE OF FLORIDA,                              )
                                               )
              Appellee.                        )
_____)

Opinion filed April 22, 2015.

Appeal from the Circuit Court for
Hillsborough County; Rex Barbas, Judge.

Howard L. Dimmig, II, Public Defender, and
Clark E. Green, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


CASANUEVA, Judge.

        Affirmed.  See § 985.032(2), Fla. Stat. (2013) ("A juvenile who has been

adjudicated delinquent or has adjudication of delinquency withheld shall be assessed

costs of prosecution as provided in [section 938.27, Florida Statutes (2013)].").


SILBERMAN and MORRIS, JJ., Concur.